## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONNA JOHNSTONE,            :   No. 132 MAL 2016

          Petitioner          :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
          v.                   :

                                 :

ROBERT JOHNSTONE,           :

                                 :
          Respondent         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.